**Anthony LASKA, Respondent,**

v.

**METROPOLITAN COUNCIL, Self–Insured, Respondent,**

**and**

**Special Compensation Fund, Relator.**

**Donald Flower, Respondent,**

v.

**Metropolitan Council, Self–Insured, Respondent,**

**and**

**Special Compensation Fund, Relator.**

**No. C1–01–572.**

Supreme Court of Minnesota.

June 28, 2001.

Thomas A. Klint, Babcock, Neilson, Mannella, LaFluer & Klint, Anoka, for Anthony Laska.

Jeffrey J. Lindquist, Pustorino, Tilton, Parrington & Lindquist, PLLC, Minneapolis, for Metropolitan Council.

William H. Getts, William H. Getts, P.A., Minneapolis, for Donald Flower.

Rory H. Foley, Assistant Attorney General, Mike Hatch, Attorney General, St. Paul, for Special Compensation Fund.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed February 28, 2001, be, and the same is, affirmed without opinion. *See* Minn.R.Civ.App.P. 136.01, subd. 1(b).

Each employee is awarded $600 in attorney fees.

BY THE COURT:
/s/ Russell A. Anderson
Associate Justice

PAGE, J., took no part in the consideration or decision of this case.